| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2012 to 02/20/2013
**Chapter 13 Case # 11-16568 / KCF**

Joseph Mongeau
Patricia Mongeau
24 Spark Drive West
Brick, NJ  08723

Petition Filed Date: 03/04/2011
341 Hearing Date: 04/14/2011
Confirmation Date: 05/11/2011

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2012 | $150.00 | 1087073343 | 02/21/2012 | $150.00 | 14367519528 | 03/20/2012 | $150.00 | 14367612114 |
| 04/19/2012 | $150.00 | 1106079003 | 05/22/2012 | $150.00 | 14367722118 | 07/10/2012 | $150.00 | 14367821216 |
| 07/31/2012 | $150.00 | 14367821361 | 09/05/2012 | $150.00 | 14367821556 | 10/01/2012 | $150.00 | 14367926101 |
| 11/05/2012 | $150.00 | 14367926260 | 11/30/2012 | $150.00 | 14367926387 | 01/08/2013 | $150.00 | 14607012583 |
| 01/28/2013 | $150.00 | 14607012695 | | | | | | |

**Total Receipts for the Period: $1,950.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph Mongeau | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN J BLANCHARD ESQ | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 1 | DISCOVER FINANCIAL SERVICES | Unsecured Creditors | $9,487.74 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  FIA/BOA | Unsecured Creditors | $6,416.16 | $0.00 | $0.00 |
| 3 | TOYOTA FINANCIAL SERVICES | Unsecured Creditors | $2,753.92 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  07 TUNDRA/Deficiency Balance | Unsecured Creditors | $6,614.12 | $0.00 | $0.00 |
| 5 | Bank of America<br>»»  24 SPARK/1ST MTG | Mortgage Arrears | $4,138.71 | $1,505.70 | $2,633.01 |
| 6 | CHASE CARD SERVICES | Unsecured Creditors | $1,096.59 | $0.00 | $0.00 |
| 7 | CANDICA, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $11,439.46 | $0.00 | $0.00 |
| 8 | INSOLVE RECOVERY LLC<br>»»  06 KAWASAKI VN900/GE CAPITAL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | SOVEREIGN BANK<br>»»  24 SPARK/2ND MTG/CRAM BAL | Unsecured Creditors | $36,252.98 | $0.00 | $0.00 |
| 10 | BACK BOWL I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $1,023.02 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through February 20, 2013.

| | | | |
|---|---|---|---|
| Total Receipts: | $3,300.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $2,705.70 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $144.30 | Arrearages: | $150.00 |
| Funds on Hand: | $450.00 | | |

**NOTES:**

• **Pay your Trustee payment online!  Go to www.russotrustee.com/epay to learn more.**

• Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.